06-17M (MPT)

REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | Criminal No.: 3:05-1312 |
|---|---|---|
|  | ) | 18 U.S.C. § 228(a)(1) |
| v. | ) | 18 U.S.C. § 228(a)(3) |
|  | ) |  |
| WAYNE PRESTON WATTS | ) | INDICTMENT |

## COUNT 1

**THE GRAND JURY CHARGES:**

From on or about December 15, 2000, and continuing to the date of this indictment, in the District of South Carolina, **WAYNE PRESTON WATTS**, who does not reside in South Carolina, willfully did fail to pay a support obligation with respect to a child who resides in South Carolina, and which obligation has remained unpaid for a period longer than one year and is greater than $5,000;

In violation of Title 18, United States Code, Section 228(a)(1).



## COUNT 2

**THE GRAND JURY FURTHER CHARGES:**

From on or about December 15, 2000, and continuing to the date of this indictment, in the District of South Carolina, **WAYNE PRESTON WATTS**, who does not reside in South Carolina, willfully did fail to pay a support obligation with respect to a child who resides in South Carolina, and which obligation has remained unpaid for a period longer than two years and is greater than $10,000;

In violation of Title 18, United States Code, Section 228(a)(3).

A                 TRUE                 BILL

                           FOREPERSON

_s/Jonathan S. Gasser_
JONATHAN S. GASSER        (AHY)
UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1

**MAXIMUM SENTENCE THIS COUNT FINE OF $5,000 (18 U.S.C. § 3571) AND/OR IMPRISONMENT FOR 6 MONTHS SPECIAL ASSESSMENT $10 (18 U.S.C. § 3013)**

### COUNT 2

**MAXIMUM SENTENCE THIS COUNT FINE OF $250,000 (18 U.S.C. § 3571) AND/OR IMPRISONMENT FOR 2 YEARS AND A TERM OF SUPERVISED RELEASE OF 1 YEAR (18 U.S.C. § 3583) SPECIAL ASSESSMENT $100 (18 U.S.C. § 3013)**

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NUMBER: 3:05-1312 |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | BENCH WARRANT |
| WAYNE PRESTON WATTS | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named Defendant, **WAYNE PRESTON WATTS**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the Defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

December 14, 2005

I SO MOVE:

JONATHAN S. GASSER
UNITED STATES ATTORNEY

By: _____
Anne Hunter Young
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
803-929-3000

RECEIVED 05 DEC 16 AM 10:01 UNITED STATES MARSHALS COLUMBIA, S.C.